# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MAGANA, | 1:07-CV-00213-AWI-NEW(DLB)-HC |
| Petitioner, | |
| v. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| DENNIS SMITH, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 19, 2007**          **/s/ Dennis L. Beck**
23ehd0                         UNITED STATES MAGISTRATE JUDGE