UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISRAEL MAGANA, | ) | 1:07-CV-00213 AWI NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #6] |
| v. | ) | |
| | ) | ORDER GRANTING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| DENNIS SMITH, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 21, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be GRANTED, and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to a Residential Re-entry Center ("RRC") in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings

1  and Recommendation were to be filed within thirty (30) days of the date of service of the order.
2  Over thirty (30) days have passed and no party has filed objections.
3         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
4  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
5  and Recommendation is supported by the record and proper analysis.
6         Accordingly, IT IS HEREBY ORDERED that:
7         1. The Findings and Recommendation issued March 21, 2007, is ADOPTED IN FULL;
8         2. The petition for writ of habeas corpus is GRANTED;
9         3. Respondent be ORDERED to consider the appropriateness of transferring Petitioner to an
10 RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate
11 by the BOP, without reference to the BOP policy promulgated in December 2002 and without
12 reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Respondent is
13 ORDERED to make this determination promptly, not to exceed 14 days from the date of this Order.
14        4. Respondent is DIRECTED to file a notice with the Court detailing the hearing within 21
15 days from the date of this Order;
16        5. The Clerk of the Court is DIRECTED to enter judgment for Petitioner.
17
18 IT IS SO ORDERED.
19 **Dated:    May 17, 2007**                              **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE